IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Debra A. Price,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Sprouts Farmers Market Incorporated,<br><br>　　　　Defendant. | No. CV-16-02047-PHX-DLR<br><br>**ORDER** |

The Court has reviewed the parties' Joint Motion to Dismiss Claims of Amber Price Without Prejudice and to Dismiss Claims of All Other Plaintiffs with Prejudice. (Doc. 83.) For good cause shown,

**IT IS ORDERED** as follows:

(1) The individual claims of Amber Price are dismissed without prejudice;

(2) The claims of Karen Harrison, Kyle Williams, Julie Affolder, Morrison Campbell, George Eardley, Kenneth Gildar, Rebecca Richmond, Challais Halley, Chelsea White, April Wright, Abigail Houp Kearns, Stephanie Pasanen, Crystal Baker, Kimberly Whalen, Warren Gretzinger and Daniel Sommerhauser are hereby Dismissed with prejudice; and

(3) all parties shall bear their own attorney's fees and costs.

Dated this 12th day of November, 2019.

Douglas L. Rayes
United States District Judge